UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Daniel Nadon, Representative & Executor of the Estate of Gloria Nadon,<br>      Plaintiff,<br><br>v.<br><br>Medstar Georgetown Medical Center, Inc., *et al.*,<br>      Defendants. | Civil Action No. 13 - cv – 01206 (TSC) |

### FIRST AMENDED COMPLAINT

Plaintiff, Daniel Nadon, Representative & Executor of the Estate of Gloria Nadon, respectfully requests judgment against the Defendants, Medstar Georgetown Medical Center, Inc. ["Medstar"], and Bard Peripheral Vascular, Inc., ["Bard Peripheral"], due to the Defendant Medstar's acts of medical malpractice, and strict product liability.  In support of its Complaint, Plaintiff states as follows:

### PARTIES AND JURISDICTION

1. The original Plaintiff in this matter, Gloria Nadon ("Mrs. Nadon"), was at all times relevant to this action a resident of the Commonwealth of Virginia.  Mrs. Nadon died on March 10, 2014.

2. On January 15, 2015, the Court ordered that Daniel Nadon, Representative & Executor of the Estate of Gloria Nadon, be substituted for Mrs. Nadon as Plaintiff.

3. On information and belief, Medstar Georgetown Medical Center Inc. ("Medstar") at all times relevant to this action was a citizen of Washington, D.C., where it is incorporated and headquartered.

4. On information and belief, Bard Peripheral Vascular, Inc. ("Bard Peripheral") at all times

**Day & Johns, PLLC**
10560 Main Street
Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax:  (703) 268-5602

relevant to this action was a citizen of Arizona, where it is headquartered and incorporated.

5. The events giving rise to this lawsuit occurred in the District of Columbia.

6. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2), as the events giving rise to this suit occurred in this District.

## FACTS

7. Paragraphs 1-6 of this Complaint are re-alleged and incorporated in this section.

8. Mrs. Nadon required treatment for clotting problems and the threat of pulmonary embolism.

9. The normal course of treatment for pulmonary embolism is anticoagulants (or "blood thinners"), but they were not recommended for Mrs. Nadon because they posed a danger to her while she underwent chemotherapy.

10. Mrs. Nadon was referred by her general practitioner to Medstar for the placement of an "inferior vena cava filter" ("IVC filter") as preventative treatment for clotting problems.

11. Mrs. Nadon previously had an IVC filter implanted, but a clot was later found on the other side of the filter, thus necessitating the second filter. The first IVC filter remains intact.

12. On June 8, 2010, Mrs. Nadon underwent surgery performed by Medstar to place the second IVC filter.

13. The particular IVC filter placed into Mrs. Nadon was an "Eclipse Vena Cava Filter" designed with twelve "prongs," designed and manufactured by Bard Peripheral.

14. On August 3, 2010 Mrs. Nadon underwent a routine follow up CT scan to determine the

Day & Johns, PLLC
10560 Main Street
Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax:   (703) 268-5602

status of the IVC filter implant. The MRI revealed that the IVC filter was "oriented somewhat sideways" and that there were "prongs extending into the right renal vein as well as apparently outside the IVC."

15. Surgery was scheduled for the next day in order to remove the errant IVC filter. During the surgery it became apparent that the "tip of the filter appeared to be embedded in the caval wall." This made it impossible for the "loop snare system" to retrieve the IVC filter. Consequently, an attempt was made to "dislodge the IVC filter from the caval wall." This process was unsuccessful, and it was determined that it was necessary to terminate the procedure.

16. A CT scan performed on Mrs. Nadon on May 11, 2012 produced an image of this IVC filter with 11 prongs. The image also showed that the missing prong had migrated to her pulmonary artery.

17. The risk of further migration of this prong posed a considerable risk to Mrs. Nadon's life.

18. Additionally, due to the malfunction of this system, Mrs. Nadon was then required to take anti-coagulants for her pulmonary embolism, even though they posed a danger to her life during the period she had to undergo chemotherapy.

19. Mrs. Nadon died on March 10, 2014.

## COUNT I – MEDICAL MALPRACTICE

20. Paragraphs 1-19 of this Complaint are re-alleged and incorporated in this section.

21. Medstar owed Mrs. Nadon a duty of reasonable care in providing medical treatment.

22. That duty of care required Medstar to properly place the IVC filter and perform Mrs. Nadon's surgery.

Day & Johns, PLLC
10560 Main Street
Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602

23. Medstar breached this duty by failing to properly perform the placement of the IVC filter and complete Mrs. Nadon's surgery.

24. Medstar had a duty to warn Mrs. Nadon about possible complications, side-effects and consequences of the surgery.

25. Medstar failed to warn Mrs. Nadon of the following possibilities:

    a. that the IVC filter could become dislodged.

    b. that it could become maloriented.

    c. that it could become impossible to remove.

    d. that prongs could break apart and become lodged in other parts of the body.

26. As a direct cause of the aforementioned breaches Mrs. Nadon suffered considerable pain and discomfort, risk to her life, as well as over $33,000 in medical bills, and faced a lifetime of either taking dangerous blood thinners to avoid further complications from the broken prong, or not taking the blood thinners, which substantially increased the likelihood of her death.

27. Mrs. Nadon's total damages were approximately $2,000,000.00.

## COUNT II – STRICT PRODUCTS LIABILITY

28. Paragraphs 1-19 of this Complaint are re-alleged and incorporated in this section.

29. Bard Peripheral was the manufacturer of the "Eclipse Vena Cava Filter" ("product") surgically implanted into Mrs. Nadon.

30. The product possessed either a manufacturing or design defect when it left the possession of Bard Peripheral.

31. Surgical implantation was the expected use of the product.

32. The surgical placement of the defective product into Mrs. Nadon resulted in

Day & Johns, PLLC
10560 Main Street
Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602

    a.  the IVC filter becoming dislodged.

    b.  the IVC filter becoming maloriented.

    c.  the IVC filter becoming impossible to remove.

    d.  the prong breaking apart, migrating through the heart and becoming lodged in the pulmonary artery.

33. As a direct cause of the aforementioned breaches Mrs. Nadon suffered considerable pain and discomfort, risk to her life, as well as over $33,000 in medical bills, and faces a lifetime of either taking dangerous blood thinners to avoid further complications from the broken prong, or not taking the blood thinners, which substantially increased the likelihood of her death.

34. Mrs. Nadon's total damages were approximately $2,000,000.00.

WHEREFORE, in consideration of the allegations outlined above, Plaintiff, The Estate of Gloria Nadon, requests judgment of $2,000,000.00 against the Defendants, reasonable attorneys' fees and costs, and any other relief the Court deems proper. Plaintiff requests a trial by jury.

                                                                               Respectfully Submitted,

                                                                               The Estate of GLORIA NADON
                                                                               By counsel

Day & Johns, PLLC:

_____
Earl "Trey" Mayfield, DCB# 459998
tmayfield@lewis-firm.com
Milton C. Johns
mjohns@dayjohns.com
Day & Johns, PLLC
10560 Main St., #218
Fairfax. VA 22030
(o) 703-268-5600
(x) 703-268-5602

**Day & Johns, PLLC**
**10560 Main Street**
**Suite 218**
**Fairfax, Virginia 22030**
**Phone: (703) 268-5600**
**Fax:  (703) 268-5602**

Case 1:13-cv-01206-TSC   Document 35   Filed 02/19/15   Page 6 of 6

*Attorneys for Executor Daniel J. Nadon and the Estate of Gloria Nadon*

**Day & Johns, PLLC**
**10560 Main Street**
**Suite 218**
**Fairfax, Virginia 22030**
**Phone: (703) 268-5600**
**Fax:  (703) 268-5602**

Page 6 of 6

*Attorneys for Executor Daniel J. Nadon and the Estate of Gloria Nadon*