## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL NADON, AS EXECUTOR OF THE
ESTATE OF GLORIA NADON,

       Plaintiff,

       v.

MEDSTAR GEORGETOWN MEDICAL
CENTER INC. and BARD PERIPHERAL
VASCULAR, INC.,

       Defendants.

Civil Case No. 1:13-CV-01206-TSC

### STIPULATION OF DISMISSAL WITH PREJUDICE

This case, by and with the consent of all of the parties, is hereby dismissed with prejudice

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted this 14th day of April, 2015

/s/    Milton Johns                
Earl "Trey" Mayfield, Esq.
DC Bar No. 459998
tmayfield@lewis-firm.com
and
Milton Johns, Esq.
Day & Johns, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
703.268.5600
*Counsel for Daniel J. Nadon as Executor of*
*the Estate of Gloria Nadon*

/s/ Mary S. Diemer          
**Nelson Mullins Riley &**
**Scarborough LLP**
Albert A. Foster, Jr. Esq.
D.C. Bar No. 464009
Mary S. Diemer, Esq.
D.C. Bar No. 416527
101 Constitution Avenue, N.W., 8th floor
Washington, D.C. 20001
202.712.2800
*Counsel for Defendant Bard Peripheral*
*Vascular, Inc.*

*/s/ Michael F. Flynn, Jr.*

**Gleason, Flynn, Emig & Fogleman, Chartered**

Michael F. Flynn, Jr., Esq.

D.C. Bar No. 351304

mflynn@gleason-law.com

11 North Washington St., Suite 400

Rockville, MD 20850

301.294.2110

*Counsel for Defendant Medstar Georgetown Hospital Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2015, a copy of the foregoing was served via the Court's **CM/ECF** system upon the following counsel of record:

Michael F. Flynn, Jr., Esq.
**Gleason, Flynn, Emig & Fogleman, Chartered**
11 North Washington St., Suite 400
Rockville, MD 20850

*Counsel for Defendant Medstar Georgetown Hospital Center Inc.*

Earl "Trey" Mayfield, Esq.
Milton Johns, Esq.
Day & Johns, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030

*Counsel for Daniel J. Nadon as Executor of the Estate of Gloria Nadon*


_____*/s/ Mary S. Diemer*_____
Mary S. Diemer