# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL J. NADON** <br> *ESTATE OF GLORIA NADON*, <br><br> Plaintiff, <br><br> v. <br><br> **BARD PERIPHERAL VASCULAR, INC.** <br> **and MEDSTAR GEORGETOWN** <br> **MEDICAL CENTER, INC.,** <br><br> Defendants. | Civil Action No. 13-cv-1206 (TSC) |

## ORDER OF DISMISAL

In light of the Stipulation of Dismissal, (ECF No. 36), filed by the Plaintiff, along with the remaining defendants, Bard Peripheral Vascular, Inc. and Medstar Georgetown Medical Center, Inc., this action is hereby dismissed with prejudice.

Date:  April 15, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge